**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:        Chris Wilmot **v.** Harry A. Bouknight, Junior

Appellate case number:    01-13-00738-CV

Trial court case number:  2010-00373

Trial court:                      295th District Court of Harris County

Date motion filed:            April 17, 2015

Party filing motion:          Appellant, Chris Wilmot

        It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/ ___Evelyn V. Keyes_____
                                  Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Justices Massengale and Brown voted to grant en banc reconsideration.

Date: _July 28, 2015_____